Opinion Number 2014-MO-009 has been withdrawn and substituted with published opinion number 27475, filed January 7, 2015.